58

170 A.3d 292

## WARD

v.

## MARTINSON

**Pet. Docket No. 234, Sept. Term, 2017**

Court of Appeals of Maryland.

September 12, 2017

Dismissed by the Court of Special Appeals (No. 734, Sept. Term, 2017). Transferred to the regular docket as No. 46, Sept.Term, 2017.

Petition for writ of certiorari granted

170 A.3d 292

## ANDERSON, Keith

v.

## STATE of Maryland

**Pet. Docket No. 243, Sept.Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 1428, Sept.Term, 2016).

Petition for writ of certiorari denied